# IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2006 MAY 25 PM 3:10
CLERK'S OFFICE
U.S. DISTRICT COURT
S.J. P.R.

---

United States of America
The District Court of Puerto Rico

V/S

Enic Ricardo Vega Alvarado

Case Number:
99-CR-182
01 (Sec)

## A LA HONORABLE CORTE:

Comparece, EL Peticionario De Epigrafe Muy Respetuosamente a Esta Honorable Corte, Expone, Alega, fundamenta y Solicita:

### Alegaciones

1/ Qué me Encuentro Encarcelado Desde el 25 De Mayo De 1999, Por el Cargo De CarJacking Cumpliendo una Sentencia impuesta por Su Honorable Juez: Salvador Cassellas. Por lo Cual también me impusieron, por Los Mismos Hechos Sentencia en el Estado Libre Asociado De Puerto Rico.

② 

2./ Que Yo, Eric Vega Alvarado, Acepté Responsabilidad por Los Hechos De que se me Acusó, Cargo "Car Jacking" Por qué el Plea era Iategoria III level 29, Qué Eran 108 Meses a 135 Meses. Pero el Dia De La Sentencia 31 Marzo 2000, Su Honorable Juez: Sr. Salvador E. Casellas, me impuso La Sentencia De **262** Meses, usando unos Agravantes, los cuales yo no habia aceptado y le habia pedido al Sr. Carlos Vazquez, Mi Abogado Defensor antes del Dia de La Sentencia que pusiera una Mocción donde yo no aceptaba Dichos Agravantes, porque eran Mentiras, Qué yo me hacia Culpable, pero no iva a aceptar esas Declaraciones De La Persona perjudicada. Entonces el Sr. Carlos Vazquez no quiso hacer esa Moción y me dijo que no me preocupara qué si las usaban solo me podian subir 2 años más, De 11 años a 13 años, Le explique, pero no tuve más Remedio, qué aceptar lo qué el Sr. Carlos Vazquez hizo, a sabiendas de él que me podian subir más años de Los Qué el me dijo.

③

3/. Despues Qué me Sentenciaron, Ese Mismo Dia, Yo le Comunique, al Sr. Carlos Vazquez que yo Queria Apelar mi Sentencia, y Así el se lo Solicito Al, Juez, Despues el fue a verme, AL M.D.C. Guaynabo y Me Dijo qué él veía que yo no tenia Break, para una Apelación De Sentencia, que no ganaria La Apelación, y Qué iva a poner una Moccion para Salirse del Caso y iva a poner otra Moccion, pidiendole a La Corte me Asignara otro Abogado para que me Representara. Yo no Entiendo Como el Sr. Carlos Vazquez Siendo mi Abogado Defensor, con conocimiento, De que a mi se me habia Violados algunos Derechos Como: ① Por Tener (The Double Jeopardy) La Constitución De Estados Unidos prohibe categonicamente (El Double Jeopardy) ② Los enhacement qué me hicieron, (Me Subieron Puntos, por Casos Qué ya yo habia Cumplido Sentencia en el Estado De Puerto Rico y es Incontitucional, ③ Firme un Plea De Sentencia y Me Dieron otra, Usando Como Agravantes, Los Casos qué me Sometieron en el Estado De Puerto Rico, (The Duble Jeopardy)

④

4). El Sr. Carlos Vazquez con conocimiento De todo esto que le explicado, Sin reunirse, conmigo, Tiro un Brief "Anders" y se salio De mi caso y nunca me pidio un Abogado a La Corte, para yo poder Apelar mi Sentencia. Le escribí y lo llame Varias Veces y nunca pude hablar con el Sr. Carlos Vazquez, para que me solicitara el Abogado a La corte. Este Sr. con conocimiento De Que yo no hablo Inglés y no se De leyes, Me llevo, a que me Me Dieran una Sentencia Altisima, la cual no fué el Acuerdo que yo habia firmado y con conocimiento Del mismo, Dejó Que el Honorable Juez Salvador Cassellas me impusiera La Sentencia De (262 meses) Violando Así, El Acuerdo que yo firme y Violando tambien (The Sixth Amendment)

⑤ El Sr. Carlos Vazquez, con conocimiento Delo Antes expuesto, en vez De ayudarme me perjudico, ya Que tiro el "Brief Anders" Sin reunirse conmigo en Donde yo estaba cumpliendo Sentencia en La U.S.P. Atlanta, sólo me llego una Carta, por el Brief que El Sr. Carlos Vazquez sometio, De Que Yo estaba Bien Sentenciado.

⑤ Todo Lo Anteriormente expuesto en Base a lo siguiente:

### Fundamentos De Derechos

- Principio De Vida, Libertad, Integrida Comtemplados en La Constitución DE Los Estados Unidos.
- . Garantia De Derechos Que Cobija Alos Ciudadanos, Bajo la Constitución Del Estado Libre Asociado De Puerto Rico.

Lo Anteriormente expuesto y Alegado, y fundamentado EL Peticionario, Solicita:

Se tenga por Radicada, por interpuesta en tiempo y forma, la presente Moccion en Solicitud De: Representación Legal.

Que Respetuosamente Con toda Discreción y Respeto:

Respetuosamente Sometida
Coleman, Florida, 18 Mayo 2006
El Peticionario
Eric Vega Alvarado
17940-069
Federal Correctional Complex, U.S.P. 2
P.O. Box 1034
Florida, 33521-0879

NOTARY PUBLIC-STATE OF FLORIDA
David J. Kent
Commission # DD535554
Expires: APR. 02, 2010
Bonded Thru Atlantic Bonding Co., Inc.

Eric Vega Alvarado
Reg # 17940-069
Federal Correctional Complex
U.S.P. 2 P.O. Box 1034
Coleman, Florida 33521-0879

TAMPA FL 335
22 MAY 2006 PM 3 L

Corte Federal of
Puerto Rico, Suite 150,
San Juan, P.R. 00918-0167