Eric Ricardo Vega Alvarado           SEC
            v/s                      Case No. 99-182
United State of AMERICA              Carjacking
Court of Puerto Rico

A Honorable Corte Federal De Puerto Rico.
Moccion Pidiendo Ayuda Para Poder hacer
Mi Sentencia cómo un ser Humano.

Comparece, el Peticionario de epigrafe
"Motu Propio" y Muy Respetuosamente a
esta Honorable Corte Federal, Expone
fundamenta y Alega y Solicita:

1°/ Qué me encuentro Recluido en La Peniten-
ciería Federal De TERRE Haute Indiana,
en cumplimiento de una Sentencia
impuesta por su Honorable Corte Federal
De Puerto Rico y Qué tambien me impuso
por el mismo Delito EL Honorable Tribunal
De Ponce, Del Estado Libre Asociado De
Puerto Rico, Actualmente Tiene juridición
EL B.O.P. Federal, Encargado circuntancial-
mente de su Custodia, por lo qué per-
manece Alejado del territorrio De Puerto Rico.

2°/ Qué desde Aproximadamente del 2003 hasta
el presente 2008, Me encuentro en la
Unidad (shu) Special Housing Unit (segregation)
Me encuentro Segregado por Las
siguientes Razones:
Ⓐ Mi Caso, Qué fué un Carjacking y hubo
una Dama perjudicada

Ⓑ Por qué trabaje de Guardia de
Seguridad.

② Por lo anteriormente expuesto, el peticionario, realiza las siguientes Alegaciones.

<u>Alegaciones.</u>

A- Yo le dejo saver qué desde 2003 hasta la fecha de Hoy 28 de febrero 2008 me encuentro segregado por qué no puedo estar en ninguna población de U.S.P. Maxima seguridad, donde haigan puertorriqueños qué pertenezcan al Grupo Asociación Ñeta, por lo Anterior explicado Le explicare Brevemente cual es el verdadero problema, Yo tengo un Caso "Fellony" ya que me hice culpable a un Caso de Carjacking donde habo una Dama envuelta y habo Abuso sexual, Intento de violación y Sodomia, yo me hice culpable, pero hice una reacción donde yo No aceptaba dichos aguantes, pero eso sale en mi P.S.I, y por esa Razón y la de haber trabajado de Guardia de seguridad yo no puedo vivir en Ninguna población de Maxima seguridad, por qué mi vida corre peligro.

B. Yo Quiero hacer mi tiempo en paz y tranquilidad, pero en Segregación, yo No puedo hacer mi sentencia, Ya llevo 5 Años en estas Condiciones, en un cuarto encerrado, 24 Horas, De las 24 Horas, solo una Hora de Recreación En estas Condiciones un ser Humano no puede vivir Ya Qué no tiene oportunidad Para hacer Nada

③ No puedo estudiar, No puedo participar de Ningún programa, sólo una llamada telefónica al mes, en fin No tengo Ningún privilegio.

Ⓒ Yo soy una persona que me crié con unos padres Adoptivos, Ahora mismo mis padres están fallecidos, yo No tengo ninguna clase de ayuda familiar, ni emocional, ni económicamente, y en estas condiciones No tengo ni para comprar las cosas de Aseos personal.

Ⓓ También soy una persona con condiciones de Salud como:
① Problemas con el Higado, Hepaticas.
② Problemas mentales, Depresión Bipolar.
③ Asmatico
Ahora mismo yo Necesito estar en una población donde yo pueda Caminar, trabajar, Alimentarme Bien, y Reabstarme mentalmente.
El B.O.P. Federal tiene Algunas Prisiones que ofrecen Programas de Psicologia de 2 Años, y tienen Muchas Personas con casos como el mio dandole terapias y Reabilitandolos. Yo he pedido estos programas y no me los han Querido dar, teniendo eyos conocimiento que yo en el pasado en intentado Suicidarme y que por las condiciones que estoy estoy tomando medicación para la Depresión. En fin les diré que en varias Ocaciones en pensado en Quitarme la Vida.

④ Ya qué no es fácil vivir en estas condiciones segregado y en tensión, a ver con quien te ponen a vivir. Ahora mismo esta Institución no es segura para mí, por qué aquí, me han dicho varios confinados, qué los mismos oficiales cuándo uno tiene un caso criminal como el mío, se lo dicen a los otros confinados para qué te hagan daño. Ahora mismo esto es una prisión qué hay muchas gangas. y aquí en el shu- uno no tiene la vida segura.

⑤ Le pido de favor me ayuden a estar en una prisión de mediana seguridad, ya qué en las prisiones de mediana seguridad, no hay tanto problemas de gangas entre los Puertorriqueños. En las medianas no tengo problemas para vivir, y me faltan 11 Años más de sentencia. Qué yo no puedo seguir haciéndolo en segregación. Ahora mismo el B.O.P. Federal tiene U.S.P. qué son para confinados qué no pertenecen a grupos y qué tienen problemas con los grupos, o casos parecidos al mío y pueden vivir, pero de esas prisiones sólo se benefician algunas razas, pero yo por ser Puertorriqueño no me beneficio, por qué el B.O.P. Tiene confinados de Grupos Activos en esas Prisiones como los Netas, 27, y Latin King Qué son Puertorriqueño

⑥ Qué estoy tratando de dar cumplimiento a mi sentencia en Paz y Tranquilidad. Además de poder a salvaguardar mi Vida ya que en la Penitenciaría que me encuentro actualmente confinado, tengo amenazada mi integridad, por lo qué permanezco segregada.

Fundamento De Derecho
- Principios De Vida, Libertad, Integridad contemplados con la Constitución de los Estados Unidos De América.

Por Lo Anteriormente expuesto, Alegado y Fundamentado yo solicito:

Ⓐ Se me tenga por Radicada en Tiempo y Forma la presente Moción de Ayuda para qué me pongan en una Prisión de Medium High, o en donde estaba Qué es en F.C.I, Florence Colorado. O me pongan en el shu - por el momento de Aquí al lado de la Mediana. Ya que en la Mediana me encuentro con mayor seguridad a mi Vida.

— Respetuosamente Sometida.

5 de Marzo 2008
Terre Haute, Indiana
Eric Ricardo Vega Alvarado
# 17940-069
U.S. Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808