Eric Vega alvarado
17940-069
U.S. Penitentiary
P.O. Box 33
Terre Haute, Indiana, 47808

Legal Mail

TERRE HAUTE IN 468
06 MAR 2008 PM 1 L

USA First-Class

INMATE
IDENTIFICATION
CONFIRMED

Corte Federal
of Puerto Rico
Suite 150, San Juan
Puerto Rico 00918-0167