United States of America
Court of Puerto Rico          Case No. 99-182(SEC)
                              Carjacking

                V/s

Eric Ricardo Vega Alvarado

Al Honorable Tribunal Federal
Mocción Pidiendo Nueva Oportunidad
Para entrar a La Corte.
Y Pidiendo un Abogado a su Honorable Corte.

Comparece el peticionario de epigrafe
"Motu Propio" y Muy Respetuosamente a esta
Honorable Corte Federal, Expone, Alega, fundamenta
y Solicita:

1/ Qué El Peticionario se encuentra Recluido
en La Penitencieria Federal De Terre Haute
Indiana, en Cumplimiento de una Sentencia
impuesta por su Honorable Tribunal, Corte
Federal De Puerto Rico y Qué tambien le
impuso por los mismos Hechos el Honorable
Tribunal De Ponce, Del Estado Libre Asociado
De Puerto Rico, Actualmente tiene jurisdi-
ción el B.O.P. Federal, encargado circunstancial
de su Custodia, por lo qué permanece
Alejado del territorio De Puerto Rico.

Que desde el Año 2000, me encuentro
cumpliendo Sentencia en Los Estados
Unidos De America en Las United
States Penitentiary y Que desde este
Tiempo llevo 5 Años Segregado, de
Phisión en Phisión, por mi caso
y por un trabajo que tuve con el gobierno

[RECEIVED & FILED 2008 MAR 17 PM 2:57 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR]

2/ Le Pido a su Honorabe Corte Federal Qué me de la Oportunidad de Entrar de Nuevo en la Corte y poder Apelar mi Sentencia por las siguientes Razones:

3/ Qué El Sr. Carlos Vazquez sin darme conocimiento y sin Reunirse conmigo, ya qué yo estaba Recluido en la Penitencieria de Atlanta, Georgia sometió una Moccion a la Corte, usando el Caso Anders, para salirse del Caso, donde el decia, Qué yo no tenia oportunidad de Apelación, teniendo él, como Abogado Federal, conocimiento de qué a mi se me estaban violando los derechos, ya que me violaron, la Sexta Enmienda de la Constitución De los Estados Unidos De América. El Sr. Carlos Vazquez lo único que me comunicó fué qué él iva a pedir a la Corte un Abogado para que viera mi Apelación en Boston, en ningún momento este Señor me comunico que iva a someter la Moccion Anders, donde lo que hizo fué perjudicarme ya qué lo qué hizo fué, Que la Corte cerrara el Caso sin yo tener conocimiento, por la Razón de Qué yo no hablo Ingles, ni tengo conocimiento de leyes. Por yo no saver Inglés no sometí nada a la Corte, Aparte Qué me quede esperando el Abogado qué Supuestamente me iva a Pedir el Abogado Sr. Carlos Vazquez a la Corte, para Que viera el Caso en el Primer Circuito De Boston.

## Alegaciones.

A. Que estoy tratando de dar cumplimiento a mi Sentencia, pero me encuentro de Segregación en Segregación y con mi Vida en Peligro, causandome esto, como el No poder hacer nada con mi caso en una Depresión continua, por la cual he tenido que empezar a recivir tratamiento sicologico y siquiatrico y a Tomar medicación por mi Depresión.

Todo lo demas expuesto en Base a los siguientes:

### Fundamento De Derechos

- Principios De Vida, Libertad, Integridad comtemplados con la Constitución de Los Estados Unidos de América.
- Garantias de Derechos Que cobija a los ciudadanos bajo la Constitución del Estado Libre Asociado De Puerto Rico.

Por Lo Anteriormente expuesto, Alegado y fundamentado el peticionario Solicita:

A. Se tenga por Radicada, por interpuesta en Tiempo y Forma la presente moccion en Solicitud de una Nueva Oportunidad de entrar a la Corte para su Apelación y Que la Corte Le Brinde un Abogado.

- Respetuosamente Sometida:

Terre Haute, Indiana
28 de Febrero, 2008
El Peticionario
Eric Ricardo Vega Alvarado
#17940-069
U.S.P. Terre Haute, IN. Box 33
Terre Haute, Indiana. 47808.