Luis Vega Alvarado
11680-069
U.S. Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808

INMATE
IDENTIFICATION
CONFIRMED

Legal Mail
TERRE HAUTE IN 478
11 MAR 2008 PM 1 T

00918/9555

Corte Federal
of Puerto Rico
Suite 150, San Juan
Puerto Rico, 00918-0167