# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

ERIC RICARDO VEGA ALVARADO,
Defendant

**NOTICE OF APPEARANCE**

Crim. No. 99-182 (SEC)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.

| | |
|---|---|
| March 28, 2008 | S/ Charles R. Walsh |
| Date | Charles R. Walsh |
| | United States Attorney's Office |
| | Torre Chardón, Suite 1201 |
| | 350 Carlos Chardón Street |
| | San Juan, Puerto Rico 00918 |
| | T: 787.766.5656 |
| | F: 787.766.5398 |
| | charles.r.walsh@usdoj.gov |