```
THA05               *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     03-27-2008
PAGE 003            *              FULL SCREEN FORMAT               *     14:26:17

REGNO: 17940-069 NAME: VEGA-ALVARADO, ERIC
RSP OF...: THP UNT/LOC/DST: A/F             QTR.: Z03-208L   RCV OFC: BOP
REMEDY ID: 327504-A1       SUB1: 20DM SUB2:  DATE RCV:  05-03-2004
UNT RCV..: A 1         QTR RCV.: Z03-218LAD  FACL RCV: ATL
UNT ORG..: A 1         QTR ORG.: Z03-221LAD  FACL ORG: ATL
EVT FACL.: ATL   ACC LEV: SER  1             RESP DUE:
ABSTRACT.: DHO APPEAL FOR CODE 206
STATUS DT: 05-10-2004   STATUS CODE: REJ STATUS REASON: ONE RSA
INCRPTNO.: 1175337   RCT:    EXT:   DATE ENTD: 05-10-2004
REMARKS..:




G0002         MORE PAGES TO FOLLOW . . .
```

VEGA1

```
THA05                 *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      03-27-2008
PAGE 002              *          FULL SCREEN FORMAT                *         14:26:17

REGNO: 17940-069 NAME: VEGA-ALVARADO, ERIC
RSP OF...: THP UNT/LOC/DST: A/F              QTR.: Z03-208L   RCV OFC: SER
REMEDY ID: 327504-R1      SUB1: 20DM SUB2:   DATE RCV:    03-03-2004
UNT RCV..: A 1        QTR RCV.: Z03-221LAD   FACL RCV: ATL
UNT ORG..: A 1        QTR ORG.: Z03-221LAD   FACL ORG: ATL
EVT FACL.: ATL    ACC LEV: SER   1           RESP DUE: FRI  04-02-2004
ABSTRACT.: DHO APPEAL FOR CODE 206
STATUS DT: 03-22-2004   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1175337   RCT: P EXT:   DATE ENTD: 03-15-2004
REMARKS..:



G0002        MORE PAGES TO FOLLOW . . .
```

VEGA2

```
THAO5              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     03-27-2008
PAGE 004           *              FULL SCREEN FORMAT               *     14:26:17

REGNO: 17940-069 NAME: VEGA-ALVARADO, ERIC
RSP OF...: THP UNT/LOC/DST: A/F              QTR.: Z03-208L   RCV OFC: BOP
REMEDY ID: 327504-A2       SUB1: 20DM SUB2:  DATE RCV:   06-02-2004
UNT RCV..: A 1         QTR RCV.: A02-245U    FACL RCV: ATL
UNT ORG..: A 1         QTR ORG.: Z03-221LAD  FACL ORG: ATL
EVT FACL.: ATL    ACC LEV: SER  1                 RESP DUE:
ABSTRACT.: DHO APPEAL FOR CODE 206
STATUS DT: 06-07-2004   STATUS CODE: REJ STATUS REASON: ONE CPG RAP OTH RSA
INCRPTNO.: 1175337   RCT:    EXT:    DATE ENTD: 06-07-2005
REMARKS..: YOUR EXHIBIT IS CONSIDERED TO BE A CONTINUATION OF
           YOUR APPEAL.




G0002         MORE PAGES TO FOLLOW . . .
```

VEGA3

```
REGNO: 17940-069 NAME: VEGA-ALVARADO, ERIC
RSP OF...: THP UNT/LOC/DST: A/F                QTR.: Z03-208L   RCV OFC: BOP
REMEDY ID: 327504-A3       SUB1: 20DM SUB2:    DATE RCV:    07-12-2004
UNT RCV..: A 1             QTR RCV.: A02-245U  FACL RCV: ATL
UNT ORG..: A 1             QTR ORG.: Z03-221LAD FACL ORG: ATL
EVT FACL.: ATL   ACC LEV: SER  1                RESP DUE:
ABSTRACT.: DHO APPEAL FOR CODE 206
STATUS DT: 07-15-2004   STATUS CODE: REJ STATUS REASON: ONE CPG RSA
INCRPTNO.: 1175337   RCT:    EXT:   DATE ENTD: 07-15-2005
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

VEGA4

```
THA05         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      03-27-2008
PAGE 006 OF 006 *           FULL SCREEN FORMAT              *      14:26:17

REGNO: 17940-069 NAME: VEGA-ALVARADO, ERIC
RSP OF...: THP  UNT/LOC/DST: A/F              QTR.: Z03-208L   RCV OFC: BOP
REMEDY ID: 327504-A4      SUB1: 20DM SUB2:    DATE RCV:   08-23-2004
UNT RCV..: A 1          QTR RCV.: A02-245U    FACL RCV: ATL
UNT ORG..: A 1          QTR ORG.: Z03-221LAD  FACL ORG: ATL
EVT FACL.: ATL    ACC LEV: SER  1             RESP DUE:
ABSTRACT.: DHO APPEAL FOR CODE 206
STATUS DT: 08-25-2004   STATUS CODE: REJ STATUS REASON: UTA
INCRPTNO.: 1175337   RCT:    EXT:    DATE ENTD: 08-25-2005
REMARKS..: YOUR APPEAL WAS DUE ON 07-30-05. YOU WILL NEED STAFF
           VERIFICATION ON BOP LETTERHEAD TO DOCUMENT THAT YOUR
           UNTIMELINESS WAS NOT YOUR FAULT. (PM 08-18-05)


                   5 REMEDY SUBMISSION(S) SELECTED
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

VEGA5